# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD J. QUINLIVAN and<br>ELIZABETH A. QUINLIVAN,<br><br>       Plaintiffs,<br><br>v.<br><br>EQUIFAX INCORPORATED,<br>       Defendant. | )<br>)<br>) CIVIL ACTION NO: 08-40036 FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the parties hereby stipulate that the above-entitled action shall be dismissed with prejudice, without costs, and with each party waiving the right of appeal.

**PLAINTIFFS RICHARD & ELIZABETH QUINLIVAN**

**DEFENDANT EQUIFAX INC.**

By: /s/ Richard Quinlivan
    Richard Quinlivan
    87 Hill Street
    Shrewsbury, Massachusetts 01545-1930

By: /s/ Elizabeth Quinlivan
    Elizabeth Quinlivan
    87 Hill Street
    Shrewsbury, Massachusetts 01545-1930

By: /s/ Kate Moran Carter
    David B. Wilson, BBO# 548359
    Kate Moran Carter, BBO# 663202
    ROBINSON & COLE, LLP
    One Boston Place
    Boston, Massachusetts 02108-4404
    (617) 557-5900
    (617) 557-5999 (fax)